

Office Of The Clerk

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

April 25, 2022

Docket Number: 2022 - KW - 0432

State Of Louisiana
    versus
Thomas Earl Ford

TO:   Cristopher J.M. Casler
      19th JDC District Attorney's C
      222 St. Louis Street
      Baton Rouge, La 70802
      cris.casler@ebrda.org

      Hafiz  Folami
      222 St. Louis Street
      Suite 707
      Baton Rouge, LA 70802

      Hon. Beau  Higginbotham
      300 North Boulevard
      6th Floor
      Baton Rouge, LA 70802

Jaclyn C. Chapman
3741 Highway 1 S
Port Allen, LA 7076
cchapman223322@yahoo.co

Hillar C. Moore III
EBR District Attorney
222 St. Louis Street
5th Floor
Baton Rouge, LA 70802
lori.olinde@ebrda.org

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

*α.Sₙ₀*

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

THOMAS EARL FORD

NO. 2022 KW 0432

**APRIL 25, 2022**

---

In Re:     State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-01467.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sm_

DEPUTY CLERK OF COURT
FOR THE COURT